Opinion issued August 4, 2010

     



 

 

 

 

 

 

 

 

In The

Court of Appeals

For The

First District of Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-09-00900-CV

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



IN RE BJ SERVICES COMPANY, J.W. STEWART, JOHN R. HUFF,
MICHAEL E. PATRICK, DON D. JORDAN, WILLIAM H. WHITE, L. WILLIAM HEILIGBRODT,
JAMES L. PAYNE, and BAKER HUGHES INCORPORATED, Relators

 

 



Original Proceeding on Petition for Writ of Mandamus

 

 



MEMORANDUM OPINION 

 

By petition for writ of mandamus,
relators sought relief from the trial court’s order refusing to stay the trial
court proceedings[1]
pending adjudication of an earlier-filed case in Delaware. On July 15, 2010, relators
moved to dismiss the petition for writ of mandamus as moot, contending that “the
parties entered into a Stipulation and Agreement of Compromise, Settlement and
Release dated April 30, 2010” and that “the dispute underlying this proceeding
has been finally resolved and is now moot.”  


We dismiss the petition for
writ of mandamus.  Any pending motions
are also dismissed as moot.      

PER CURIAM

 

Panel consists of Chief Justice Radack and Justices
Bland and Sharp.    

 

       











[1]               The
underlying case is Garden City Employees’ Retirement System v. BJ Services
Company, et al., No. 2009-57320 in the 80th District Court of Harris
County, Texas, the Hon. Larry Weiman, presiding.